**Order filed July 12, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00452-CV**
_____

**KIMBERLY LEE, Appellant**

**V.**

**CAPITAL ONE BANK (USA), N.A., Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1173169**

## O R D E R

This is an appeal from a judgment signed May 5, 2022. The notice of appeal was due June 6, 2022. *See* Tex. R. App. P. 26.1; 4.1(a). Appellant, however, filed the notice of appeal on June 14, 2022, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still

obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we order appellant to file a proper motion to extend time to file the notice of appeal within **ten (10) days** of the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Poissant.